**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Phone: 805-963-9090
Fax: 805-963-9098

Jan Greben, SBN 103464
Jan@grebenlaw.com
Jeff G. Coyner, SBN 233499
jeff@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for THE ESTATE OF
DONALD T. HEIM and MAXINE HEIM

**E-FILED 10-27-2010**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, AND CITY OF WATSONVILLE,<br><br>　　　　　　　Defendants. | Case No.: 5-10-CV-03816 HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**AND ORDER** |

　　　　Plaintiff, Mark Heim ("Plaintiff") and defendants The Estate of Donald T. Heim and Maxine Heim (collectively "Heim Defendants") hereby stipulate by and through their undersigned counsel of record to extend the time for the Heim Defendants to answer or otherwise respond to Plaintiff's complaint. The parties have not previously requested an

extension of time to respond to the complaint.  The Heim Defendants will now have up to and including November 1, 2010 to file a response to Plaintiff's complaint.

Date: 10/26/10                                LAW OFFICES OF MARTIN DEUTSCH

/s/ Martin Deutsch
MARTIN DEUTSCH
Attorney for Plaintiff Mark Heim

Date: 10/26/10                                GREBEN & ASSOCIATES

/s/ Jan Greben
JAN GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendants The Estate of Donald T. Heim and Maxine Heim

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The initial case management conference is continued to December 7, 2010, 1:30 p.m.  All related deadlines (see Docket No. 4) are adjusted accordingly.**

Dated:   October 27, 2010

Howard R. Lloyd
United States Magistrate Judge