RICHARD A. DONGELL (SBN 128083)
(rdongell@dlflawyers.com)
THOMAS F. VANDENBURG (SBN 163446)
(tvandenburg@dlflawyers.com)
IAN P. CULVER (SBN 245106)
(iculver@dlflawyers.com)
DONGELL LAWRENCE FINNEY LLP
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Third Party Defendants
MULTIMATIC LLC and THE KIRRBERG CORPORATION,
formerly known as Multimatic Corporation

*IT IS SO ORDERED*
Judge Edward J. Davila
5/16/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MARK HEIM, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF DONALD T. HEIM; MAXINE HEIM, an individual; and CITY OF WATSONVILLE,<br><br>　　　　　Defendants. | Case No.:  5:10-CV-03816 EJD<br><br>Honorable Edward J. Davila<br><br>**STIPULATION EXTENDING TIME OF MULTIMATIC LLC AND THE KIRRBERG CORPORATION TO RESPOND TO MAXINE HEIM'S THIRD PARTY COMPLAINT**<br><br>Local Rule 6-1(a) |
| MAXINE HEIM,<br><br>　　　　　Third Party Plaintiff,<br><br>　　v.<br><br>MULTIMATIC CORPORATION, a New Jersey corporation, formerly known as Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey limited liability company, as successor in interest to Multimatic Corporation and Multimatic Dry Cleaning Machine Corporation; and THE KIRRBERG CORPORATION, a New Jersey corporation, formerly known as Multimatic Corporation,<br><br>　　　　　Third Party Defendants. | ACTION FILED:　August 26, 2010<br>TRIAL DATE:　　None Set |

1

**STIPULATION EXTENDING TIME OF MULTIMATIC LLC AND THE KIRRBERG CORPORATION TO RESPOND TO MAXINE HEIM'S THIRD PARTY COMPLAINT**

1  Pursuant to Local Rule 6-1(a), Third Party Plaintiff MAXINE HEIM and Third
2  Party Defendants MULTIMATIC LLC and THE KIRRBERG CORPORATION, formerly
3  known as Multimatic Corporation, by and through their respective counsel, hereby stipulate that
4  Third Party Defendants MULTIMATIC LLC and THE KIRRBERG CORPORATION, formerly
5  known as Multimatic Corporation, shall have until May 27, 2011, to respond to MAXINE
6  HEIM's Third Party Complaint.
7  This extension will not alter the date of any event or any deadline already fixed by
8  Court order.
9  **SO STIPULATED.**
10
11 DATED:  May 13, 2011                    DONGELL LAWRENCE FINNEY LLP
12
13                                          By:  /s/ Ian P. Culver
                                                 Ian P. Culver
14                                          Attorneys for Third Party Defendants
                                            MULTIMATIC LLC and THE KIRRBERG
15                                          CORPORATION, formerly known as Multimatic
                                            Corporation
16
17
18 DATED:  May 13, 2011                    GREBEN & ASSOCIATES
19
20                                          By:  /s/ Danielle DeSmeth
                                                 Danielle DeSmeth
21                                          Attorneys for Third Party Plaintiff
                                            MAXINE HEIM
22
23
24
25
26
27
28 1414-038/61791

2

**STIPULATION EXTENDING TIME OF MULTIMATIC LLC AND THE KIRRBERG
CORPORATION TO RESPOND TO MAXINE HEIM'S THIRD PARTY COMPLAINT**