RICHARD A. DONGELL (SBN 128083)
(rdongell@dlflawyers.com)
THOMAS F. VANDENBURG (SBN 163446)
(tvandenburg@dlflawyers.com)
IAN P. CULVER (SBN 245106)
(iculver@dlflawyers.com)
DONGELL LAWRENCE FINNEY LLP
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Defendants and Third Party Defendants
MULTIMATIC LLC and THE KIRRBERG CORPORATION,
formerly known as Multimatic Corporation, successor by merger
with Multimatic Dry Cleaning Machine Corporation

*GRANTED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MARK HEIM, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF DONALD T. HEIM; MAXINE HEIM; PROJECT ONE, a California Limited Partnership; WILLIAM BURGSTROM; ESTATE OF ERNIE WEBB; CITY OF WATSONVILLE; MULTIMATIC DRY CLEANING MACHINE CORPORATION; MULTIMATIC CORPORATION, as successor in interest to Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey Limited Liability Company, as successor in interest to Multimatic Corporation and Multimatic Dry Cleaning Machine Corporation; THE KIRRBERG CORPORATION, a New Jersey Corporation, formerly known as Multimatic Corporation; AMERICAN LAUNDRY MACHINERY INC.; and DOES 1 through 20; <br><br> Defendants. <br><br> AND RELATED ACTIONS. | Case No.: 5:10-CV-03816 EJD <br><br> Honorable Edward J. Davila <br><br> **STIPULATION EXTENDING TIME OF MULTIMATIC DRY CLEANING MACHINE CORPORATION, MULTIMATIC CORPORATION, MULTIMATIC LLC, AND THE KIRRBERG CORPORATION TO RESPOND TO MAXINE HEIM'S SECOND AMENDED THIRD PARTY COMPLAINT AND MARK HEIM'S FIRST AMENDED COMPLAINT** <br><br> Local Rule 6-1(a) <br><br> ACTION FILED:   August 26, 2010 <br> TRIAL DATE:     None Set |

1

**LOCAL RULE 6-1(a) STIPULATION EXTENDING TIME TO RESPOND TO AMENDED PLEADINGS**

1  Pursuant to Local Rule 6-1(a), Third Party Plaintiff MAXINE HEIM, Plaintiff
2  MARK HEIM and nominal Defendants and Third Party Defendants MULTIMATIC DRY
3  CLEANING MACHINE CORPORATION, MULTIMATIC CORPORATION, MULTIMATIC
4  LLC, and THE KIRRBERG CORPORATION (together the "Multimatic Entities"), by and
5  through their respective counsel, hereby stipulate that the Multimatic Entities shall have until
6  August 1, 2011, to respond to the Second Amended Third Party Complaint and First Amended
7  Complaint of MAXINE HEIM and MARK HEIM, respectively.
8  This extension will not alter the date of any event or any deadline already fixed by
9  Court order.
10  **SO STIPULATED.**

DATED: July 18, 2011                    DONGELL LAWRENCE FINNEY LLP

By: _/s/ Ian P. Culver_____
    Ian P. Culver
Attorneys for Third Party Defendants
MULTIMATIC LLC and THE KIRRBERG
CORPORATION, formerly known as Multimatic
Corporation

DATED: July 18, 2011                    GREBEN & ASSOCIATES

By: _/s/ Danielle DeSmeth_____
    Danielle DeSmeth
Attorneys for Third Party Plaintiff
MAXINE HEIM

DATED: July 18, 2011                    LAW OFFICES OF MARTIN DEUTSCH

By: _/s/ Sosan Akbar_____
    Sosan Akbar
Attorneys for Plaintiff
MARK HEIM

1414-038/63524

2
**LOCAL RULE 6-1(a) STIPULATION EXTENDING TIME TO RESPOND TO AMENDED PLEADINGS**