**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff G. Coyner, SBN 233499
jeff@grebenlaw.com
Daniele De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Defendants THE ESTATE OF DONALD T. HEIM
and MAXINE HEIM

*DENIED WITHOUT PREJUDICE*
Judge Edward J. Davila
7/29/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM<br><br>           Plaintiff,<br><br>vs.<br><br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, AND CITY OF WATSONVILLE,<br><br>           Defendants.<br><br>And Related Counter-Claims and Third-Party Claims. | **Case No. 5:10-CV-03816 EJD**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-TRIAL DEADLINES** |

IT IS HEREBY STIPULATED by and between the existing parties to this case, Plaintiff Mark Heim, Defendant Maxine Heim, Defendant City of Watsonville, and Defendants Multimatic Corporation, Multimatic LLC and the Kirrberg Corporation that Mark Heim, Maxine Heim, and the City of Watsonville (collectively the "Parties"), that the current pre-trial deadlines be extended. Good cause exists in extending said deadlines because Plaintiff, the City of Watsonville and Maxine Heim have each recently filed an amended pleading and are currently effecting service on newly added parties. Further, discovery and depositions will need to be conducted as to these newly added entities. The Parties propose that the pre-trial deadlines be

extended as follows:

- Close of all discovery (fact and expert)  December 18, 2012
- Preliminary Pre-trial Conference  November 19, 2012
- Preliminary Pre-trial Statement  November 5, 2012

Dated: July 27, 2011  LAW OFFICES OF MARTIN DEUTSCH

/s/ Martin Deutsch
MARTIN DEUTSCH
SOSAN AKBAR
Attorneys for Plaintiff and Counter Defendant
MARK HEIM

Dated: July 27, 2011  GREBEN & ASSOCIATES

/s/ Jan Greben
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendant THE ESTATE and
Defendant, Counter Complainant, Cross
Complainant and Third Party Plaintiff Maxine Heim

Dated: July 27, 2011  WACTOR & WICK LLP

/s/ William Wick
WILLIAM D. WICK
Attorneys for Defendant, Counter-Complainant,
and Cross-Complainant
THE CITY OF WATSONVILLE

Dated: July 27, 2011  DONGELL LAWRENCE FINNEY

/s/ Thomas Vandenburg
THOMAS VANDENBURG
IAN CULVER
Attorneys for Third Party Defendants
MULTIMATIC CORPORATION, MULTIMATIC
LLC and THE KIRRBERG CORPORATION

**IT IS SO ORDERED.**
The Court denies the parties' request for extension of time due to the lack of adequate information as to the need for the extension of time.  The Court sets a Case Management Conference on **September 30, 2011 at 10:00 AM** to discuss the need for a new case schedule.  On or before **September 23, 2011**, the parties shall file a joint case management conference statement that updates the Court as to how this case should proceed.

Dated: July 29, 2011  
Edward J. Davila
United States District Judge