RICHARD A. DONGELL (SBN 128083)
(rdongell@dlflawyers.com)
THOMAS F. VANDENBURG (SBN 163446)
(tvandenburg@dlflawyers.com)
IAN P. CULVER (SBN 245106)
(iculver@dlflawyers.com)
DONGELL LAWRENCE FINNEY LLP
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Defendants and Third Party Defendants
MULTIMATIC LLC and THE KIRRBERG CORPORATION,
formerly known as Multimatic Corporation, successor by merger
with Multimatic Dry Cleaning Machine Corporation

*IT IS SO ORDERED*
Judge Edward J. Davila
8/2/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MARK HEIM, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF DONALD T. HEIM; MAXINE HEIM; PROJECT ONE, a California Limited Partnership; WILLIAM BURGSTROM; ESTATE OF ERNIE WEBB; CITY OF WATSONVILLE; MULTIMATIC DRY CLEANING MACHINE CORPORATION; MULTIMATIC CORPORATION, as successor in interest to Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey Limited Liability Company, as successor in interest to Multimatic Corporation and Multimatic Dry Cleaning Machine Corporation; THE KIRRBERG CORPORATION, a New Jersey Corporation, formerly known as Multimatic Corporation; AMERICAN LAUNDRY MACHINERY INC.; and DOES 1 through 20; <br><br> Defendants. | Case No.:  5:10-CV-03816 EJD <br><br> Honorable Edward J. Davila <br><br> **SECOND STIPULATION EXTENDING TIME OF MULTIMATIC DRY CLEANING MACHINE CORPORATION, MULTIMATIC CORPORATION, MULTIMATIC LLC, AND THE KIRRBERG CORPORATION TO RESPOND TO MAXINE HEIM'S SECOND AMENDED THIRD PARTY COMPLAINT AND MARK HEIM'S FIRST AMENDED COMPLAINT** <br><br> Local Rule 6-1(a) |
| AND RELATED ACTIONS. | ACTION FILED:   August 26, 2010 <br> TRIAL DATE:       None Set |

1

**SECOND LOCAL RULE 6-1(a) STIPULATION EXTENDING TIME
TO RESPOND TO AMENDED PLEADINGS**

1    Pursuant to Local Rule 6-1(a), Third Party Plaintiff MAXINE HEIM, Plaintiff
2  MARK HEIM and nominal Defendants and Third Party Defendants MULTIMATIC DRY
3  CLEANING MACHINE CORPORATION, MULTIMATIC CORPORATION, MULTIMATIC
4  LLC, and THE KIRRBERG CORPORATION (together the "Multimatic Entities"), by and
5  through their respective counsel, hereby stipulate that the Multimatic Entities shall have until
6  August 15, 2011, to respond to the Second Amended Third Party Complaint and First Amended
7  Complaint of MAXINE HEIM and MARK HEIM, respectively.
8    This extension will not alter the date of any event or any deadline already fixed by
9  Court order.
10   **SO STIPULATED.**

12  DATED:  August 1, 2011          DONGELL LAWRENCE FINNEY LLP

14                                   By: _/s/ Ian P. Culver_____
                                          Ian P. Culver
15                                   Attorneys for Third Party Defendants
                                     MULTIMATIC LLC and THE KIRRBERG
16                                   CORPORATION, formerly known as Multimatic
                                     Corporation

19  DATED:  August 1, 2011          GREBEN & ASSOCIATES

21                                   By: _/s/ Danielle DeSmeth_____
                                          Danielle DeSmeth
22                                   Attorneys for Third Party Plaintiff
                                     MAXINE HEIM

25  DATED:  August 1, 2011          LAW OFFICES OF MARTIN DEUTSCH

27                                   By: _/s/ Sosan Akbar_____
                                          Sosan Akbar
28                                   Attorneys for Plaintiff
                                     MARK HEIM

1414-038/63901

2

**SECOND LOCAL RULE 6-1(a) STIPULATION EXTENDING TIME
TO RESPOND TO AMENDED PLEADINGS**