1 | **GREBEN & ASSOCIATES**
2 | 1332 ANACAPA STREET, SUITE 110
   | SANTA BARBARA, CA 93101
   | TELEPHONE: (805) 963-9090
3 | FACSIMILE: (805) 963-9098

4 | Jan A. Greben, SBN 103464
   | jan@grebenlaw.com
5 | Jeff G. Coyner, SBN 233499
   | jeff@grebenlaw.com
6 | Daniele De Smeth, SBN 263309
   | danielle@grebenlaw.com
7 |

8 | Attorneys for Defendants THE ESTATE OF DONALD T. HEIM
   | and MAXINE HEIM
9 |

10 | UNITED STATES DISTRICT COURT
   | NORTHERN DISTRICT OF CALIFORNIA
11 |

12 | MARK HEIM | **Case No. 5:10-CV-03816 EJD**
                Plaintiff,
13 |
14 | vs. | **STIPULATION AND [PROPOSED]**
         | **ORDER EXTENDING THE CASE**
15 | THE ESTATE OF DONALD T. HEIM, | **MANAGEMENT CONFERENCE**
    | MAXINE HEIM, AND CITY OF
    | WATSONVILLE,
16 |                Defendants.
17 |
18 | And Related Counter-Claims and Third-Party Claims.
19 |
20 |
21 |
22 |     IT IS HEREBY STIPULATED by and between the existing parties to this case, Plaintiff
23 | Mark Heim, Defendant Maxine Heim, Defendant City of Watsonville, and Defendants
24 | Multimatic Corporation, Multimatic LLC and the Kirrberg Corporation that Mark Heim, Maxine
25 | Heim, and the City of Watsonville (collectively the "Parties"), that the Parties agree to continue
26 | the Case Management Conference, currently scheduled for September 30, 2011, to now take
27 | place on September 23, 2011, or another date convenient for the Court, due to scheduling
28 |

1  conflicts with previously scheduled matters on the same date the Court has set the case
2  management conference in the current matter.

3

4  Dated: August 3, 2011                          LAW OFFICES OF MARTIN DEUTSCH

5
                                                   /s/ Martin Deutsch
6                                                 MARTIN DEUTSCH
                                                  SOSAN AKBAR
7                                                 Attorneys for Plaintiff and Counter Defendant
                                                  MARK HEIM
8

9  Dated: August 3, 2011                          GREBEN & ASSOCIATES

10
                                                   /s/ Jan Greben
11                                                JAN A. GREBEN
                                                  JEFF COYNER
12                                                DANIELLE DE SMETH
                                                  Attorneys for Defendant THE ESTATE and
13                                                Defendant, Counter Complainant, Cross
                                                  Complainant and Third Party Plaintiff Maxine Heim
14

15  Dated: August 3, 2011                         WACTOR & WICK LLP

16
                                                   /s/ William Wick
17                                                WILLIAM D. WICK
                                                  Attorneys for Defendant, Counter-Complainant,
18                                                and Cross-Complainant
                                                  THE CITY OF WATSONVILLE
19

20  Dated: August 3, 2011                         DONGELL LAWRENCE FINNEY

21
                                                   /s/ Thomas Vandenburg
22                                                THOMAS VANDENBURG
                                                  IAN CULVER
23                                                Attorneys for Third Party Defendants
                                                  MULTIMATIC CORPORATION, MULTIMATIC
24                                                LLC and THE KIRRBERG CORPORATION

25

26  ///

27  ///

28  ///

**IT IS HEREBY ORDERED THAT:**

1. The case management conference is set for September 23, 2011 at 10:00 a.m.

2. The joint case management conference statement is due on or before September 16, 2011.

Dated:   August 4, 2011

_____
The Hon. Edward J. Davila
United States District Court Judge