1  TIMOTHY J. WALSH - SB#116870
   VALERIE M. ROACH – SB#197037
2  WALSH & ROACH, LLP
   45 BRENNAN STREET
3  WATSONVILLE, CA 95076
   Telephone:  831.728.3500/Fax:  831.728.3554
4
   Attorneys for Jo Ann Webb



GRANTED

Judge Edward J. Davila

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MARK HEIM,<br><br>             Plaintiff,<br><br>vs.<br><br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, PROJECT ONE, a California Limited Partnership; WILLIAM BURGSTROM; ESTATE OF ERNIE WEBB; CITY OF WATSONVILLE/ MULTIMATIC DRY CLEANING MACHINE CORPORATION; MULTIMATIC CORPORATION, a successor in interest to Multimatic Dry Cleaning Machine Corporation; MULTIMATIC, LLC, a New Jersey limited liability company, as successur in interest to Multimatic Corporation and Multimatic Dry Cleaning Machine Corporation; THE KIRRBERG CORPORATION, a New Jersey Corporation, formerly known as Multimatic Corporation; AMERICAN LAUNDRY MACHINERY, INC., and DOES 1 through 50;<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.: 5:10-CV-03816 EJD<br><br>Honorable Edward J. Davila<br><br>STIPULATION EXTENDING TIME OF JO ANN WEBB TO RESPOND TO PLAINTIFF MARK HEIM'S FIRST AMENDED COMPLAINT, THE CITY OF WATSONVILLE'S THIRD PARTY COMPLAINT, AND MAXINE HEIM'S SECOND AMENDED THIRD PARTY COMPLAINT<br><br>Local Rule 6-1(a) |

WALSH & ROACH, LLP
45 Brennan Street
Watsonville, CA 95076
831.728.3500

1

LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME TO RESPOND
5:10-CV-03816 EJD

1  Jo Ann Webb, who asserts that she was erroneously served herein for Defendant
2  and Third Party Defendant Estate of Ernie Webb, enters into the following stipulation,
3  without waiving any defenses, including, but not limited to, defenses based on jurisdiction
4  and service of process:

5  Pursuant to Local Rule 6-1(a), Jo Ann Webb, individually, Plaintiff Mark Heim,
6  Third Party Plaintiff City of Watsonville, and Third Party Plaintiff Maxine Heim, by and
7  through their respective counsel, hereby stipulate that Jo Ann Webb and the so-called
8  "Estate of Ernie Webb" shall have until and including September 2, 2011, to respond to
9  Mark Heim's First Amended Complaint, the City of Watsonville's Third Party Complaint,
10 and Maxine Heim's Second Amended Third Party Complaint.

11 This extension will not alter the date of any event of any deadline already fixed by
12 court order.

13 **SO STIPULATED.**

Dated: July 22, 2011

WALSH & ROACH, LLP

_____
Timothy J. Walsh
Attorney for Jo Ann Webb

LAW OFFICES OF MARTIN DEUTSCH

Dated: July 29, 2011

_____
Martin Deutsch
Attorney for Plaintiff Mark Heim

THE GRUNSKY LAW FIRM

Dated: July ___, 2011

_____
Alan J. Smith
Attorney for Third Party Plaintiff City of Watsonville

WALSH & ROACH, LLP
45 Brennan Street
Watsonville, CA 95076
831.728.3500

2
LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME TO RESPOND
5:10-CV-03816 EJD

1
2
3  Dated: July 27, 2011
4
5

GREBEN & ASSOCIATES

_____
Jan Greben
Attorney for Third Party Plaintiff Maxine Heim

WALSH & ROACH, LLP
45 Brennan Street
Watsonville, CA 95076
831.728.3500

3
LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME TO RESPOND
5:10-CV-03816 EJD