UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Edward J. Davila

TIMOTHY J. WALSH - SB#116870
VALERIE M. ROACH – SB#197037
WALSH & ROACH, LLP
45 BRENNAN STREET
WATSONVILLE, CA 95076
Telephone: 831.728.3500/Fax: 831.728.3554

Attorneys for Jo Ann Webb

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| MARK HEIM,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, PROJECT ONE, a California Limited Partnership; WILLIAM BURGSTROM; ESTATE OF ERNIE WEBB; CITY OF WATSONVILLE/ MULTIMATIC DRY CLEANING MACHINE CORPORATION; MULTIMATIC CORPORATION, a successor in interest to Multimatic Dry Cleaning Machine Corporation; MULTIMATIC, LLC, a New Jersey limited liability company, as successur in interest to Multimatic Corporation and Multimatic Dry Cleaning Machine Corporation; THE KIRRBERG CORPORATION, a New Jersey Corporation, formerly known as Multimatic Corporation; AMERICAN LAUNDRY MACHINERY, INC., and DOES 1 through 50;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | **Case No.: 5:10-CV-03816 EJD**<br><br>Honorable Edward J. Davila<br><br>**STIPULATION EXTENDING TIME OF JO ANN WEBB TO RESPOND TO THE CITY OF WATSONVILLE'S THIRD PARTY COMPLAINT**<br><br>Local Rule 6-1(a) |

1

LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME TO RESPOND
5:10-CV-03816 EJD

WALSH & ROACH, LLP
45 Brennan Street
Watsonville, CA 95076
831.728.3500

Jo Ann Webb, who asserts that she was erroneously served herein for Defendant and Third Party Defendant Estate of Ernie Webb, enters into the following stipulation, without waiving any defenses, including, but not limited to, defenses based on jurisdiction and service of process:

Pursuant to Local Rule 6-1(a), Jo Ann Webb, individually, and Third Party Plaintiff City of Watsonville, by and through their respective counsel, hereby stipulate that Jo Ann Webb and the so-called "Estate of Ernie Webb" shall have until and including September 2, 2011, to respond to the City of Watsonville's Third Party Complaint.

This extension will not alter the date of any event of any deadline already fixed by court order.

**SO STIPULATED.**

WALSH & ROACH, LLP

Dated: August 12, 2011

Timothy J. Walsh
Attorney for Jo Ann Webb

WACTOR & WICK LLP

Dated: August 15, 2011

Anna L. Nguyen
Attorney for Third Party Plaintiff City of Watsonville

WALSH & ROACH, LLP
45 Brennan Street
Watsonville, CA 95076
831.728.3500