**DENIED**
Judge Edward J. Davila

1  ROBERT N. BERG, ESQ., SBN 99319
2  **MICHELMAN & ROBINSON, LLP**
   455 Market Street, Suite 1420
3  San Francisco, California 94105
   Tel: (415) 882-7770; Fax: (415) 882-9660
4  Email:  rberg@mrllp.com

5  Attorneys for Third Party Defendant
   AMERICAN LAUNDRY MACHINERY, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MARK HEIM, an individual, | ) | CASE NO. 5:10-CV-03816 EJD |
|---|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | | ) | **[PROPOSED] ORDER GRANTING STIPULATION FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM** |
| 14 | v. | ) | |
| 15 | THE ESTATE OF DONALD T. HEIM, | ) | |
| 16 | MAXINE HEIM, an individual, and CITY OF WATSONVILLE, | ) | |
| 17 | | ) | |
| 18 | Defendants. | ) | |
| 19 | MAXINE HEIM, | ) | |
| 20 | Third Party Plaintiff, | ) | |
| 21 | | ) | |
| 22 | v. | ) | |
| 23 | MULTIMATIC DRY CLEANING MACHINE CORPORATION, a New York Corporation; MULTIMATIC CORPORATION, a New Jersey Corporation, formerly known as Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey limited liability company, | ) | |

1

as successor in interest to Multimatic )
Corporation and Multimatic Dry )
Cleaning Machine Corporation, AND )
THE KIRRBERG CORPORATION, a )
New Jersey Corporation, formerly )
known as Multimatic Corporation; )
American Laundry Machinery, Inc.;
William Burgstrom, an Individual; the
Estate of Ernie Webb; and the Project
One Limited Partnership,

        Third Party Defendants.

## ORDER

~~Pursuant to the stipulation of the Parties, and for good cause showing, it is ordered that AMERICAN LAUNDRY MACHINE, INC. may file an Amended Answer to the Third-Party Complaint of MAXINE HEIM.~~
Parties may resubmit this stipulation with the proposed amended pleading attached for the court's review.

**IT IS SO ORDERED:**

DATED: September 9, 2011
_____

_[signature]_
_____
HON.  EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

ORDER FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM