1  ROBERT N. BERG, ESQ., SBN 99319
2  **MICHELMAN & ROBINSON, LLP**
   455 Market Street, Suite 1420
3  San Francisco, California 94105
   Tel: (415) 882-7770; Fax: (415) 882-9660
4  Email: rberg@mrllp.com

5  Attorneys for Third Party Defendant
6  AMERICAN LAUNDRY MACHINERY, INC.

**DENIED**
Judge Edward J. Davila
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM, an individual,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, an individual, and CITY OF WATSONVILLE,<br><br>　　　Defendants.<br>_____<br>MAXINE HEIM,<br><br>　　　Third Party Plaintiff,<br><br>　　v.<br><br>MULTIMATIC DRY CLEANING MACHINE CORPORATION, a New York Corporation; MULTIMATIC CORPORATION, a New Jersey Corporation, formerly known as Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey limited liability company, | CASE NO. 5:10-CV-03816 EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM** |

1

as successor in interest to Multimatic )
Corporation and Multimatic Dry )
Cleaning Machine Corporation, AND )
THE KIRRBERG CORPORATION, a )
New Jersey Corporation, formerly )
known as Multimatic Corporation; )
American Laundry Machinery, Inc.;
William Burgstrom, an Individual; the
Estate of Ernie Webb; and the Project
One Limited Partnership,

   Third Party Defendants.

## ORDER

~~Pursuant to the stipulation of the Parties, and for good cause showing, it is ordered that AMERICAN LAUNDRY MACHINE, INC. may file an Amended Answer to the Third-Party Complaint of MAXINE HEIM.~~
Parties may resubmit this stipulation with the proposed amended pleading attached for the court's review.

**IT IS SO ORDERED:**

DATED: September 9, 2011
_____

_____
HON.  EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

2