**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff G. Coyner, SBN 233499
jeff@grebenlaw.com
Daniele De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Defendant THE ESTATE OF DONALD T. HEIM and Defendant, Counter Complainant, Cross-Complainant and Third Party Plaintiff Maxine Heim

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MARK HEIM, Plaintiff, vs. THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, AND CITY OF WATSONVILLE, Defendants. _____ And Related Counter-Claims, Cross-Claims, and Third-Party Claims. | **Case No. 5:10-CV-03816 EJD** <br><br> **THIRD PARTY PLAINTIFF MAXINE HEIM'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEFENDANT JOANN WEBB AS REPRESENTATIVE OF THE ESTATE OF ERNIE WEBB ONLY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2); [PROPOSED] ORDER** |
|---|---|

/ / /
/ / /
/ / /
/ / /
/ / /

Third Party Plaintiff MAXINE HEIM requests that Third Party Defendant JOANN WEBB as representative of THE ESTATE OF ERNIE WEBB only is dismissed without prejudice from Third Party Plaintiff MAXINE HEIM'S Second Amended Third Party Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: September 13, 2011          GREBEN & ASSOCIATES

/s/ Jan Greben
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendant THE ESTATE OF DONALD T. HEIM and Defendant, Counter Complainant, Cross Complainant and Third Party Plaintiff MAXINE HEIM

**ORDER**

IT IS HEREBY ORDERED:

That Third Party Defendant JOANN WEBB as representative of THE ESTATE OF ERNIE WEBB only is dismissed without prejudice from Third Party Plaintiff MAXINE HEIM'S Second Amended Third Party Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: September 19, 2011

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA