1

2

3

**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

4

5

6

7

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff G. Coyner, SBN 233499
jeff@grebenlaw.com
Daniele De Smeth, SBN 263309
danielle@grebenlaw.com

8

9

Attorneys for Defendant THE ESTATE OF
DONALD T. HEIM and Defendant, Counter Complainant, Cross-
Complainant and Third Party Plaintiff Maxine Heim

10

11

12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

MARK HEIM

Plaintiff,

vs.

THE ESTATE OF DONALD T. HEIM,
MAXINE HEIM, AND CITY OF
WATSONVILLE,

Defendants.

—————————————————

And Related Counter-Claims, Cross-Claims,
and Third-Party Claims.

**Case No. 5:10-CV-03816 EJD**

**THIRD PARTY PLAINTIFF MAXINE
HEIM'S REQUEST FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF
THIRD PARTY DEFENDANT JOANN
WEBB AS REPRESENTATIVE OF THE
ESTATE OF ERNIE WEBB ONLY
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(2);
[PROPOSED] ORDER**

21

22

23

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1    Third Party Plaintiff MAXINE HEIM requests that Third Party Defendant JOANN

2  WEBB as representative of THE ESTATE OF ERNIE WEBB only is dismissed without

3  prejudice from Third Party Plaintiff MAXINE HEIM'S Second Amended Third Party Complaint

4  pursuant to Federal Rule of Civil Procedure 41(a)(2).

5

6  Dated: September 13, 2011                    GREBEN & ASSOCIATES

7

8                                              /s/ Jan Greben
                                               JAN A. GREBEN
9                                              JEFF COYNER
                                               DANIELLE DE SMETH
10                                             Attorneys for Defendant THE ESTATE OF
                                               DONALD T. HEIM and Defendant, Counter
11                                             Complainant, Cross Complainant and Third Party
                                               Plaintiff MAXINE HEIM
12

13

14                                    **ORDER**

15

16

17  IT IS HEREBY ORDERED:

18      That Third Party Defendant JOANN WEBB as representative of THE ESTATE OF

19  ERNIE WEBB only is dismissed without prejudice from Third Party Plaintiff MAXINE HEIM'S

20  Second Amended Third Party Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

21

22

23  Date:    September 19, 2011
                                               HON. EDWARD J. DAVILA
24                                             UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF CALIFORNIA
25

26

27

28