| | |
|---|---|
| 1 | WILLIAM D. WICK (State Bar No. 063462) |
|   | bwick@ww-envlaw.com |
| 2 | ANNA L. NGUYEN (State Bar. No. 226829) |
|   | anguyen@ww-envlaw.com |
| 3 | WACTOR & WICK LLP |
|   | 180 Grand Avenue, Suite 950 |
| 4 | Oakland CA 94612-3572 |
|   | Telephone:   (510) 465-5750 |
| 5 | Facsimile:    (510) 465-5697 |

ALAN J. SMITH (State Bar No. 87770)
   Alan.Smith@grunskylaw.com
GRUNSKY, EBEY, FARRAR & HOWELL, P.C.
240 Westgate Drive
Watsonville, CA 95076
Telephone:   (831) 722-2444
Facsimile:    (831) 722-6153

Attorneys for Third-Party Plaintiff
THE CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM, | Case No. CV-10-03816 |
| Plaintiff, | |
| v. | **THE CITY OF WATSONVILLE'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY COMPLAINT AGAINST JOANN WEBB AS REPRESENTATIVE OF THE ESTATE OF ERNIE WEBB ONLY;** |
| THE ESTATE OF DONALD T. HElM, MAXINE HElM, and CITY OF WATSONVILLE, | |
| Defendants. | |
| CITY OF WATSONVILLE, | **[PROPOSED] ORDER** |
| Third-Party Plaintiff, | |
| v. | [FRCP 41(a)(2)] |
| WILLIAM BURGSTROM; THE ESTATE OF ERNIE WEBB, PROJECT ONE, a limited partnership; and ROES 1-20, Inclusive | |
| Third-Party Defendants. | |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-
THE CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF JOANN WEBB ONLY FROM ITS THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- Case No. CV10-03816 --

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Third-Party Plaintiff City of Watsonville ("the City" or "Third-Party Plaintiff") hereby requests the dismissal without prejudice of Joann Webb as the representative of Third-Party Defendant the Estate of Ernie Webb only from the City's Third Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of Ernie Webb.

Dated: September 13, 2011

WACTOR & WICK LLP

By: ___/s/ William D. Wick_____
WILLIAM D. WICK
Attorneys for Third-Party Plaintiff
THE CITY OF WATSONVILLE

**ORDER**

IT IS HEREBY ORDERED that:

Joann Webb as the representative of Third-Party Defendant the Estate of Ernie Webb is dismissed without prejudice only from The City of Watsonville's Third-Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of Ernie Webb pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Date: September 19, 2011

HONORABLE EDWARD J. DAVILA
United States District Judge
Northern District of California

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-
THE CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF JOANN WEBB ONLY FROM ITS THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- Case No. CV10-03816 --