1  WILLIAM D. WICK (State Bar No. 063462)
       bwick@ww-envlaw.com
2  ANNA L. NGUYEN (State Bar. No. 226829)
       anguyen@ww-envlaw.com
3  WACTOR & WICK LLP
   180 Grand Avenue, Suite 950
4  Oakland CA 94612-3572
   Telephone:   (510) 465-5750
5  Facsimile:   (510) 465-5697

6  ALAN J. SMITH (State Bar No. 87770)
       Alan.Smith@grunskylaw.com
7  GRUNSKY, EBEY, FARRAR & HOWELL, P.C.
   240 Westgate Drive
8  Watsonville, CA 95076
   Telephone:   (831) 722-2444
9  Facsimile:   (831) 722-6153

10 Attorneys for Third-Party Plaintiff
   THE CITY OF WATSONVILLE
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM,<br>　　　Plaintiff,<br>v.<br>THE ESTATE OF DONALD T. HElM, MAXINE HElM, and CITY OF WATSONVILLE,<br>　　　Defendants. | Case No. CV-10-03816<br><br>**THE CITY OF WATSONVILLE'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY COMPLAINT AGAINST JOANN WEBB AS REPRESENTATIVE OF THE ESTATE OF ERNIE WEBB ONLY;**<br><br>**[PROPOSED] ORDER**<br><br>[FRCP 41(a)(2)] |
| CITY OF WATSONVILLE,<br>　　　Third-Party Plaintiff,<br>v.<br>WILLIAM BURGSTROM; THE ESTATE OF ERNIE WEBB, PROJECT ONE, a limited partnership; and ROES 1-20, Inclusive<br>　　　Third-Party Defendants. | |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-
THE CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF JOANN WEBB ONLY FROM ITS THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- Case No. CV10-03816 --

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Third-Party Plaintiff City of Watsonville ("the City" or "Third-Party Plaintiff") hereby requests the dismissal without prejudice of Joann Webb as the representative of Third-Party Defendant the Estate of Ernie Webb only from the City's Third Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of Ernie Webb.

Dated: September 13, 2011         WACTOR & WICK LLP

By: ___/s/ William D. Wick_____
WILLIAM D. WICK
Attorneys for Third-Party Plaintiff
THE CITY OF WATSONVILLE

## **ORDER**

IT IS HEREBY ORDERED that:

Joann Webb as the representative of Third-Party Defendant the Estate of Ernie Webb is dismissed without prejudice only from The City of Watsonville's Third-Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of Ernie Webb pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Date: September 19, 2011         _____
HONORABLE EDWARD J. DAVILA
United States District Judge
Northern District of California

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-
THE CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF JOANN WEBB ONLY FROM ITS THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- Case No. CV10-03816 --