MARTIN DEUTSCH (SBN 111409)
SOSAN AKBAR (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760

**Attorneys for MARK HEIM**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM<br><br>          Plaintiff,<br><br>vs.<br><br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, PROJECT ONE a California Limited Partnership; WILLIAM BURGSTROM; ESTATE OF ERNIE WEBB; CITY OF WATSONVILLE, MULTIMATIC DRY CLEANING MACHINE CORPORATION, MULTIMATIC CORPORATION, as successor in interest to Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey limited liability company, as successor in interest to Multimatic Corporation and Multimatic Dry Cleaning Machine Corporation, AND THE KIRRBERG CORPORATION, a New Jersey Corporation, formerly known as Multimatic Corporation and AMERICAN LAUNDRY MACHINERY Inc and DOES 1 THROUGH 20;<br><br>          Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS | Case No.: 5:10-CV-03816 EJD<br><br>**PLAINTIFF MARK'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEFENDANT JOANN WEBB AS REPRESENTATIVE OF THE ESTATE OF ERNIE WEBB ONLY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(2)**<br>**[PROPOSED] ORDER** |

- 1 -

Plaintiff, MARK HEIM, requests that Third Party Defendant JOANN WEBB as representative of THE ESTATE OF ERNIE WEBB only is dismissed without prejudice from Plaintiff MARK HEIM's First Amended Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: September 16, 2011  /s/ SOSAN AKBAR
MARTIN DEUTSCH
SOSAN AKBAR
Attorneys for Plaintiff Mark Heim

### ORDER

**IT IS HEREBY ORDERED:**

That Third Party Defendant JOANN WEBB as representative of THE ESTATE OF ERNIE WEBB only is dismissed without prejudice from Plaintiff MARK HEIM'S First Amended Complaint pursuant to Federal Rule of Civil Procedure 41 (a)(2).

DATED: September 19, 2011

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**PLAINTIFF MARK'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THIRD PARTY DEFENDANT JOANN WEBB AS REPRESENTATIVE OF THE ESTATE OF ERNIE WEBB ONLY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(2) [PROPOSED] ORDER**