ROBERT N. BERG, ESQ., SBN 99319
**MICHELMAN & ROBINSON, LLP**
455 Market Street, Suite 1420
San Francisco, California 94105
Tel: (415) 882-7770; Fax: (415) 882-9660
Email: rberg@mrllp.com

Attorneys for Third Party Defendant
AMERICAN LAUNDRY MACHINERY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM, an individual, | CASE NO. 5:10-CV-03816 EJD |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM |
| v. | |
| THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, an individual, and CITY OF WATSONVILLE, | |
| Defendants. | |
| MAXINE HEIM, | |
| Third Party Plaintiff, | |
| v. | |
| MULTIMATIC DRY CLEANING MACHINE CORPORATION, a New York Corporation; MULTIMATIC CORPORATION, a New Jersey Corporation, formerly known as Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey limited liability company, | |

1

ORDER FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY
MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM

1  as successor in interest to Multimatic )
2  Corporation and Multimatic Dry )
   Cleaning Machine Corporation, AND )
3  THE KIRRBERG CORPORATION, a )
4  New Jersey Corporation, formerly )
   known as Multimatic Corporation; )
5  American Laundry Machinery, Inc.;
6  William Burgstrom, an Individual; the
   Estate of Ernie Webb; and the Project
7  One Limited Partnership,
8
9          Third Party Defendants.

## ORDER

Pursuant to the stipulation of the Parties, and for good cause showing, it is ordered that AMERICAN LAUNDRY MACHINE, INC. may file an Amended Answer to the Third-Party Complaint of MAXINE HEIM.

On or before **September 26, 2011,** American Laundry Machine Inc may file an Amended Answer to the Third-Party Complaint of Maxine Heim as a separate docket entry.
IT IS SO ORDERED.

DATED: September 23, 2011

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

2

ORDER FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM