```
 1  ROBERT N. BERG, ESQ., SBN 99319
    MICHELMAN & ROBINSON, LLP
 2  455 Market Street, Suite 1420
 3  San Francisco, California 94105
    Tel: (415) 882-7770; Fax: (415) 882-9660
 4  Email: rberg@mrllp.com

 5  Attorneys for Third Party Defendant
 6  AMERICAN LAUNDRY MACHINERY, INC.

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM, an individual, | CASE NO. 5:10-CV-03816 EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM |
| v. | |
| THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, an individual, and CITY OF WATSONVILLE, | |
| Defendants. | |
| MAXINE HEIM, | |
| Third Party Plaintiff, | |
| v. | |
| MULTIMATIC DRY CLEANING MACHINE CORPORATION, a New York Corporation; MULTIMATIC CORPORATION, a New Jersey Corporation, formerly known as Multimatic Dry Cleaning Machine Corporation; MULTIMATIC LLC, a New Jersey limited liability company, | |

1

as successor in interest to Multimatic )
Corporation and Multimatic Dry )
Cleaning Machine Corporation, AND )
THE KIRRBERG CORPORATION, a )
New Jersey Corporation, formerly )
known as Multimatic Corporation; )
American Laundry Machinery, Inc.;
William Burgstrom, an Individual; the
Estate of Ernie Webb; and the Project
One Limited Partnership,

      Third Party Defendants.

## ORDER

Pursuant to the stipulation of the Parties, and for good cause showing, it is ordered that AMERICAN LAUNDRY MACHINE, INC. may file an Amended Answer to the Third-Party Complaint of MAXINE HEIM.

On or before **September 26, 2011,** American Laundry Machine Inc may file an Amended Answer to the Third-Party Complaint of Maxine Heim as a separate docket entry.
IT IS SO ORDERED.

DATED: September 23, 2011

                                            _____
                                            HON. EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE

ORDER FOR FILING AMENDED ANSWER OF THIRD PARTY DEFENDANT AMERICAN LAUNDRY MACHINERY, INC. TO THIRD-PARTY COMPLAINT OF MAXINE HEIM