IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HEIM, | CASE NO. 5:10-cv-03816 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE ESTATE OF DONALD T. HEIM, et. al., | |
| Defendant(s). | |

Having reviewed and considered the parties' Joint Case Management Statement (see Docket Item No. 124), the court finds a Case Management Conference would be premature at this time.

Accordingly, the Case Management Conference scheduled for January 27, 2012, is **VACATED** and continued to April 20, 2012, at 10:00 a.m.  The parties shall file a Joint Case Management Statement no later than April 10, 2012.

All deadlines previously imposed by the Scheduling Order filed October 17, 2011 (see Docket Item No. 116) shall remain as set absent further order of the court based on a stipulation or administrative motion proposing an alternative schedule.

**IT IS SO ORDERED.**

Dated:  January 24, 2012

EDWARD J. DAVILA
United States District Judge