1   WILLIAM D. WICK (State Bar No. 063462)
        bwick@ww-envlaw.com
2   ANNA L. NGUYEN (State Bar. No. 226829)
        anguyen@ww-envlaw.com
3   WACTOR & WICK LLP
    180 Grand Avenue, Suite 950
4   Oakland CA 94612-3572
    Telephone:    (510) 465-5750
5   Facsimile:    (510) 465-5697

6   ALAN J. SMITH (State Bar No. 87770)
        Alan.Smith@grunskylaw.com
7   GRUNSKY, EBEY, FARRAR & HOWELL, P.C.
    240 Westgate Drive
8   Watsonville, CA 95076
    Telephone:    (831) 722-2444
9   Facsimile:    (831) 722-6153

10  Attorneys for Third-Party Plaintiff
    THE CITY OF WATSONVILLE
11

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT COURT OF CALIFORNIA

15

16  MARK HEIM,                          Case No.  CV-10-03816 EJD
                    Plaintiff,
17        v.                            **THE CITY OF WATSONVILLE'S**
                                        **REQUEST FOR VOLUNTARY**
18  THE ESTATE OF DONALD T. HEIM, MAXINE **DISMISSAL WITH PREJUDICE OF**
    HEIM, and CITY OF WATSONVILLE,      **THIRD-PARTY COMPLAINT**
19                                      **AGAINST WILLIAM BURGSTROM**
                    Defendants.         **AND PROJECT ONE LP**
20  CITY OF WATSONVILLE,
                                        ~~[PROPOSED]~~ ORDER
21              Third-Party Plaintiff,
22        v.                            [FRCP 41(a)(2)]

23  WILLIAM BURGSTROM; THE ESTATE OF
    ERNIE WEBB, PROJECT ONE, a limited
24  partnership; and ROES 1-20, Inclusive

25              Third-Party Defendants.

26  AND RELATED COUNTERCLAIMS AND
    CROSSCLAIMS
27

28

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-
CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITH PREJUDICE OF WILLIAM BURGSTROM
AND PROJECT ONE LP FROM THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- CV10-03816 --

1        Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Third-Party Plaintiff

2   City of Watsonville ("the City" or "Third-Party Plaintiff") hereby requests the dismissal with

3   prejudice of William Burgstrom and Project One Limited Partnership only from the City's Third

4   Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of

5   Ernie Webb.

6

7   Dated:  January 19, 2012             WACTOR & WICK LLP

8

9                By:  ____/s/ Anna L. Nguyen_____
                       ANNA L. NGUYEN

10                     Attorneys for Third-Party Plaintiff
                       THE CITY OF WATSONVILLE

11

12                    ~~[PROPOSED]~~ **ORDER**

13

14       IT IS HEREBY ORDERED that:

15       William Burgstrom and Project One, Limited Partnership are dismissed with prejudice

16  from The City of Watsonville's Third-Party Complaint against Project One Limited Partnership,

17  William Burgstrom, and the Estate of Ernie Webb pursuant to Federal Rule of Civil Procedure

18  41(a)(2).

19       **IT IS SO ORDERED.**

20

21

22  Date:  January 25, 2012                   _____

23                   HONORABLE EDWARD J. DAVILA
                     United States District Judge

24                   Northern District of California

25

26

27

28

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-

CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITH PREJUDICE OF WILLIAM BURGSTROM
AND PROJECT ONE LP FROM THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- CV10-03816 --