WILLIAM D. WICK (State Bar No. 063462)
    bwick@ww-envlaw.com
ANNA L. NGUYEN (State Bar. No. 226829)
    anguyen@ww-envlaw.com
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:    (510) 465-5750
Facsimile:    (510) 465-5697

ALAN J. SMITH (State Bar No. 87770)
    Alan.Smith@grunskylaw.com
GRUNSKY, EBEY, FARRAR & HOWELL, P.C.
240 Westgate Drive
Watsonville, CA 95076
Telephone:    (831) 722-2444
Facsimile:    (831) 722-6153

Attorneys for Third-Party Plaintiff
THE CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARK HEIM,<br>      Plaintiff,<br>v.<br>THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, and CITY OF WATSONVILLE,<br>      Defendants.<br>CITY OF WATSONVILLE,<br>      Third-Party Plaintiff,<br>v.<br>WILLIAM BURGSTROM; THE ESTATE OF ERNIE WEBB, PROJECT ONE, a limited partnership; and ROES 1-20, Inclusive<br>      Third-Party Defendants.<br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | Case No.  CV-10-03816 EJD<br><br>**THE CITY OF WATSONVILLE'S REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD-PARTY COMPLAINT AGAINST WILLIAM BURGSTROM AND PROJECT ONE LP**<br><br>[~~PROPOSED~~] ORDER<br><br>[FRCP 41(a)(2)] |

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-
CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITH PREJUDICE OF WILLIAM BURGSTROM
AND PROJECT ONE LP FROM THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- CV10-03816 --

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Third-Party Plaintiff City of Watsonville ("the City" or "Third-Party Plaintiff") hereby requests the dismissal with prejudice of William Burgstrom and Project One Limited Partnership only from the City's Third Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of Ernie Webb.

Dated: January 19, 2012                WACTOR & WICK LLP

By:  ___/s/ Anna L. Nguyen_____
ANNA L. NGUYEN
Attorneys for Third-Party Plaintiff
THE CITY OF WATSONVILLE

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

William Burgstrom and Project One, Limited Partnership are dismissed with prejudice from The City of Watsonville's Third-Party Complaint against Project One Limited Partnership, William Burgstrom, and the Estate of Ernie Webb pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Date: January 25, 2012          _____
HONORABLE EDWARD J. DAVILA
United States District Judge
Northern District of California

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-
CITY OF WATSONVILLE'S REQUEST FOR DISMISSAL WITH PREJUDICE OF WILLIAM BURGSTROM AND PROJECT ONE LP FROM THIRD-PARTY COMPLAINT WITH [PROPOSED] ORDER -- CV10-03816 --