1

**GREBEN & ASSOCIATES**

2      1332 ANACAPA STREET, SUITE 110
          SANTA BARBARA, CA 93101
3         TELEPHONE: (805) 963-9090
          FACSIMILE: (805) 963-9098

4   Jan A. Greben, SBN 103464
    jan@grebenlaw.com
5   Jeff G. Coyner, SBN 233499
    jeff@grebenlaw.com
6   Danielle De Smeth, SBN 263309
    danielle@grebenlaw.com

7

8   Attorneys for Defendants THE ESTATE OF DONALD T. HEIM
    and MAXINE HEIM

9

10                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

11

12   MARK HEIM                                    Case No. 5:10-CV-03816 EJD

13                              Plaintiff,

14   vs.
                                                 **REQUEST FOR DISMISSAL WITH**
15   THE ESTATE OF DONALD T. HEIM,               **PREJUDICE OF WILLIAM**
     MAXINE HEIM, AND CITY OF                    **BURGSTROM AND PROJECT ONE LP**
16   WATSONVILLE,                                **FROM MAXINE HEIM'S SECOND**
                               Defendants.       **AMENDED THIRD PARTY**
17                                               **COMPLAINT; [PROPOSED] ORDER**

18   And Related Counter-Claims and Third-Party
     Claims.

19

20

21

22

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                    1

1    Pursuant to Rule 41(a)(2) of Federal Rule of Civil Procedure, Defendants and Third Party

2  Plaintiffs The Estate of Donald and Maxine Heim (collectively "Heim Defendants") hereby

3  request this Court dismiss, with prejudice, William Burgstrom and Project One Limited

4  Partnership, only, from Maxine Heim's Second Amended Third Party Complaint.

5

6  Dated: January 19, 2012                    GREBEN & ASSOCIATES

7
                                              /s/ Jan A. Greben
8                                             JAN A. GREBEN
                                              JEFF COYNER
9                                             DANIELLE DE SMETH
                                              Attorneys for Defendant THE ESTATE and
10                                            Defendant, Counter Complainant, Cross
                                              Complainant and Third Party Plaintiff Maxine Heim
11

12

13

14    **IT IS HEREBY ORDERED:**

15    William Burgstrom and Project One Limited Partnership only, are dismissed with

16  prejudice from Maxine Heim's Second Amended Third Party Complaint.

17

18  Date:  January 25, 2012

19                                            _____
                                              HONORABLE EDWARD J. DAVILA
20                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28