**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff G. Coyner, SBN 233499
jeff@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com

Attorneys for Defendants THE ESTATE OF DONALD T. HEIM and MAXINE HEIM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK HEIM
                    Plaintiff,

vs.

THE ESTATE OF DONALD T. HEIM, MAXINE HEIM, AND CITY OF WATSONVILLE,
                    Defendants.

And Related Counter-Claims and Third-Party Claims.

**Case No. 5:10-CV-03816 EJD**

**REQUEST FOR DISMISSAL WITH PREJUDICE OF WILLIAM BURGSTROM AND PROJECT ONE LP FROM MAXINE HEIM'S SECOND AMENDED THIRD PARTY COMPLAINT; [PROPOSED] ORDER**

///
///
///
///
///
///

Pursuant to Rule 41(a)(2) of Federal Rule of Civil Procedure, Defendants and Third Party Plaintiffs The Estate of Donald and Maxine Heim (collectively "Heim Defendants") hereby request this Court dismiss, with prejudice, William Burgstrom and Project One Limited Partnership, only, from Maxine Heim's Second Amended Third Party Complaint.

Dated: January 19, 2012         GREBEN & ASSOCIATES

/s/ Jan A. Greben
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for Defendant THE ESTATE and Defendant, Counter Complainant, Cross Complainant and Third Party Plaintiff Maxine Heim

**IT IS HEREBY ORDERED:**

William Burgstrom and Project One Limited Partnership only, are dismissed with prejudice from Maxine Heim's Second Amended Third Party Complaint.

Date: January 25, 2012

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE