NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HEIM,<br><br>    Plaintiff,<br><br>  v.<br><br>THE ESTATE OF DONALD HEIM, MAXINE HEIM, and CITY OF WATSONVILLE,<br><br>    Defendants. | Case No. 5:10-CV-03816 EJD (HRL)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 1** |
| RELATED CROSS AND COUNTER-CLAIMS | |

The court requires the following:

1. The parties to lodge with chambers a copy of the "West report" and the "Copeland report" by December 27, 2013;

2. By December 27, 2013, the City of Watsonville to file a declaration, based on first-hand knowledge, explaining specifically the relationships between the City, Weber Hayes & Associates, Copeland & Associates, and James Van de Water. Who engaged whom to do what?

3. By December 27, 2013, counsel for City of Watsonville to file a brief, not to exceed three pages, explaining why the protection offered by Fed. R. Civ. P. 26(b)(4)(D) applies where the report, which is the subject of the proposed deposition, was

1 submitted to the Regional Water Quality Control Board. By January 2, 2014, the Heim
2 parties may file an opposition of up to three pages.
3 **SO ORDERED**.
4 Dated: December 20, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:10-cv-03816-EJD Notice has been electronically mailed to:

Ani Adjemian     aadjemian@dlflawyers.com, egomez@dlflawyers.com

Jan Adam Greben     jan@grebenlaw.com, brett@grebenlaw.com, carey@grebenlaw.com, christine@grebenlaw.com, vanessa@grebenlaw.com

Martin Robert Deutsch     deutschlaw@msn.com

Rebecca Ann Weinstein-Hamilton     rhamilton@cddlaw.com, emcnamara@cddlaw.com, jdonahue@cddlaw.com, mmyers@cddlaw.com

Robert N. Berg     rberg@mrllp.com, scandy@mrllp.com

Robin James     rjames@mrllp.com, scandy@mrllp.com

Stephanie Montano     smontano@dlflawyers.com, egomez@dlflawyers.com

Thomas F. Vandenburg     tvandenburg@dlflawyers.com, sdouglas@dlflawyers.com

Valerie Marie Roach     vmroach@walshroachlaw.com

William David Wick     bwick@ww-envlaw.com, anguyen@ww-envlaw.com, carolebert@ww-envlaw.com