1

2

3

4

5

6

7                              NOT FOR CITATION

8                     UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

United States District Court
Northern District of California

12    MARK HEIM,                          Case No.  5:10-CV-03816 EJD (HRL)

                   Plaintiff,
13                                        **INTERIM ORDER RE DISCOVERY**
          v.                              **DISPUTE JOINT REPORT NO. 1**
14

15    THE ESTATE OF DONALD HEIM,
      MAXINE HEIM, and CITY OF
      WATSONVILLE,
16
                   Defendants.
17    ─────────────────────────────
      RELATED CROSS AND COUNTER-
18    CLAIMS

19         The court requires the following:

20    1.   The parties to lodge with chambers a copy of the "West report" and the "Copeland

21         report" by December 27, 2013;

22    2.   By December 27, 2013, the City of Watsonville to file a declaration, based on first-

23         hand knowledge, explaining specifically the relationships between the City, Weber

24         Hayes & Associates, Copeland & Associates, and James Van de Water.  Who engaged

25         whom to do what?

26    3.   By December 27, 2013, counsel for City of Watsonville to file a  brief, not to exceed

27         three pages, explaining why the protection offered by Fed. R. Civ. P. 26(b)(4)(D)

28         applies where the report, which is the subject of the proposed deposition, was

United States District Court
Northern District of California

1    submitted to the Regional Water Quality Control Board.  By January 2, 2014, the Heim

2    parties may file an opposition of up to three pages.

3        **SO ORDERED**.

4    Dated:   December 20, 2013

5    _____

6    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court
Northern District of California

1  5:10-cv-03816-EJD Notice has been electronically mailed to:

2  Ani Adjemian      aadjemian@dlflawyers.com, egomez@dlflawyers.com

3
   Jan Adam Greben      jan@grebenlaw.com, brett@grebenlaw.com, carey@grebenlaw.com,
4  christine@grebenlaw.com, vanessa@grebenlaw.com

5  Martin Robert Deutsch      deutschlaw@msn.com

6
   Rebecca Ann Weinstein-Hamilton      rhamilton@cddlaw.com, emcnamara@cddlaw.com,
7  jdonahue@cddlaw.com, mmyers@cddlaw.com

8  Robert N. Berg      rberg@mrllp.com, scandy@mrllp.com

9  Robin James      rjames@mrllp.com, scandy@mrllp.com

10 Stephanie Montano      smontano@dlflawyers.com, egomez@dlflawyers.com

11
   Thomas F. Vandenburg      tvandenburg@dlflawyers.com, sdouglas@dlflawyers.com
12

13 Valerie Marie Roach      vmroach@walshroachlaw.com

14 William David Wick      bwick@ww-envlaw.com, anguyen@ww-envlaw.com, carolebert@ww-
   envlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3