IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HEIM,<br><br>        Plaintiff(s),<br>v.<br><br>THE ESTATE OF DONALD T. HEIM, et. al.,<br><br>        Defendant(s). | CASE NO. 5:10-cv-03816 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference (see Docket Item No. 229), the court has determined a Case Management Conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for April 25, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: April 21, 2014

                                EDWARD J. DAVILA
                                United States District Judge