United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK HEIM,

Plaintiff(s),

v.

THE ESTATE OF DONALD T. HEIM, et. al.,

Defendant(s).
_________________________________/

CASE NO. 5:10-cv-03816 EJD

**ORDER AFTER CASE MANAGEMENT CONFERENCE**

On May 30, 2014, the parties appeared before Judge Edward J. Davila for a Case Management Conference. Based on the parties' Joint Case Management Statement (see Docket Item No. 238) and the discussions held at the conference,

IT IS HEREBY ORDERED that the current case management deadlines are VACATED;

IT IS FURTHER ORDERED that this action is scheduled for a Further Case Management Conference on **July 18, 2014, at 10:00 a.m.** On or before **July 11, 2014,** the parties shall file an updated Joint Case Management Statement which contains, inter alia, the parties' proposal for rescheduled case management deadlines.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| **EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on 3/27/15 |

United States District Court
For the Northern District of California

| | |
|---|---|
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 3/13/15 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 3/17/15 |
| Jury Selection | 9:00 a.m. on 4/13/15 |
| Jury Trial[1] | 4/14-4/15/15 (full days); 4/16/15 (1/2 day a.m.); 4/20/15 (1/2 day a.m.); 4/21-4/22/15 (full days); 4/23/15 (1/2 day a.m.); 4/27/15 (1/2 day a.m.); 4/28-4/29/15 (full days); 4/30/15 (1/2 day a.m.); 5/4/15 (1/2 day a.m.) |
| Jury Deliberations | 5/5-5/7/15 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: May 30, 2014



EDWARD J. DAVILA
United States District Judge

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."