IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HEIM,<br><br>  Plaintiff(s),<br><br>  v.<br><br>THE ESTATE OF DONALD T. HEIM, et. al.,<br><br>  Defendant(s). | CASE NO. 5:10-cv-03816 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties Joint Case Management Conference Statement filed on August 27, 2014 (Docket Item No. 243), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for September 5, 2014, is CONTINUED to **10:00 a.m. on December 12, 2014.** The parties shall file an updated Joint Case Management Conference Statement on or before **December 5, 2014.**

In addition, the court orders as follows:

1. Save for the one change and one addition to the schedule which follow, the parties' request to modify the case management and trial deadlines is DENIED.
2. The deadline to file dispositive motions, currently set for November 21, 2014, is modified to **December 31, 2014.** The court schedules a hearing on all anticipated dispositive motions for **9:00 a.m. on February 13, 2015.**

**IT IS SO ORDERED.**

Dated: September 2, 2014

EDWARD J. DAVILA
United States District Judge