IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK HEIM,<br><br>Plaintiff(s),<br>v.<br>THE ESTATE OF DONALD T. HEIM, et. al.,<br><br>Defendant(s). | CASE NO. 5:10-cv-03816 EJD<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>[Docket Item No. 245] |

Having carefully reviewed the Joint Motion to Modify the Scheduling Order (Docket Item No. 245), the court finds good cause for the relief requested. Accordingly, the Motion is GRANTED and the parties are ordered to comply with the following amended schedule:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | 2/27/15 |
| Designation of Opening Experts with Reports | 3/27/15 |
| Designation of Rebuttal Experts with Reports | 5/15/15 |
| Expert Discovery Cutoff | 6/30/15 |
| Deadline for Filing Discovery Motions | See Civ. L.R. 37-3 |
| Deadline to File Dispositive Motions | 7/15/15 |
| Final Pretrial Conference | 11:00 a.m. on 10/30/15 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 10/16/15 |

1

CASE NO. 5:10-cv-03816 EJD
GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER

| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 10/20/15 |
|---|---|
| Jury Selection | 9:00 a.m. on 11/9/15 |
| Jury Trial[1] | 11/10/15 (full day); 11/12/15 (1/2 day a.m.); 11/16/15 (1/2 day a.m.); 11/17-11/18/15 (full days); 11/19/15 (1/2 day a.m.); 11/23/15 (1/2 day a.m.); 11/24-11/25/15 (full days); 11/30/15 (1/2 day a.m.); 12/1-12/2/15 (full days) |
| Jury Deliberations | 12/3-12/4/15 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated:   September 17, 2014


EDWARD J. DAVILA
United States District Judge

---

[1]   Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2]   A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2
CASE NO. 5:10-cv-03816 EJD
GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER